# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| RONALD RAY AGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-173 |
| | ) | |
| UNIT MANAGER Z. FARRIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

*Pro se* prisoner Ronald Ray Agan alleges that he was subjected to excessive force while incarcerated at Coastal State Prison in Garden City, Georgia. *See* doc. 14 at 5-6. The Court approved his Complaint for service, *see generally id.*, and Defendant Farrie has appeared and answered, *see* doc. 20. Shortly before Farrie filed his Answer, Agan moved to transfer this case "from the United States District Court of the Southern District the Savannah Division to the United States District Court [he is] now suppose[d] to be in while at Johnson State Prison." Doc. 19 at 1. The period for Defendant to respond in opposition to that Motion has passed and no opposition has been filed. *See generally* docket. By operation of

this Court's Local Rules, the Motion is, therefore, deemed unopposed. *See* S.D. Ga. LR Civ. 7.5.

The Court notes that Wrightsville, Georgia, where Johnson State Prison is located, lies in Johnson County, in this Court's Dublin Division. *See* 28 U.S.C. § 90(c)(2). Agan, therefore, does not seek transfer of this case to another United States District Court. *Cf.* 28 U.S.C. § 1404. Under this Court's Local Rules, a plaintiff's residence is irrelevant to determine the proper divisional venue. *See* S.D. Ga. LR Civ. 2.1. The Rules provide that "a division in which a substantial part of the events or omissions giving rise to the claim occurred," is always an appropriate venue. *See* LR 2.1(a)-(c). Since this case concerns events that occurred at Coastal State Prison, which lies in the Savannah Division, *see* 28 U.S.C. § 90(c)(3), the Savannah Division remains the proper division for this case. Accordingly, Agan's Motion to Transfer this case is **DENIED**. Doc. 19.

**SO ORDERED**, this 9th day of December, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA